**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **CHERYL BONYNGE** | : | Case No. 1:18-CV-614 |
| | : | |
| Plaintiff, | : | **JUDGE SUSAN J. DLOTT** |
| | : | |
| v. | : | **MAGISTRATE JUDGE KAREN** |
| | : | **LITKOVITZ** |
| **CMFG LIFE INSURANCE COMPANY dba CUNA MUTUAL GROUP** | : | |
| | : | **STIPULATION OF DISMISSAL WITH** |
| | : | **PREJUDICE** |
| Defendant. | : | |
| | : | |

Now come all parties, by and through their respective counsel, and hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Cheryl Bonynge, hereby dismisses all of her claims against Defendant, CMFG Life Insurance Company dba Cuna Mutual Group, with prejudice. Each party shall bear its own fees and costs.

Respectfully Submitted,

*/s/ V. Brandon McGrath, per auth.*
_____
V. Brandon McGrath (0072057)
Bingham Greenebaum Doll LLP
255 East 5th Street #2350
Cincinnati, Ohio 45202
bmcgrath@bgdlegal.com

*Attorney for Defendant*

*/s/ Bradley M. Gibson*
_____
Bradley M. Gibson (0087109)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
Brad@finneylawfirm.com

*Attorney for Plaintiff*

*/s/ Katherine L. Villanueva, per auth.*
_____
Katherine L. Villanueva (*Pro Hac Vice*)
One Logan Square, Suite 2000
Philadelphia, PA 19103
(216) 988-2535
Kate.villanueva@dbr.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Bradley M. Gibson
Bradley M. Gibson (0087109)